IN THE UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF VIRGINIA
Norfolk Division

In re:

SAMUEL MARTINETTE, JR.  
JULIE M. MARTINETTE

Case No. 08-74333-SCS  
Chapter 7

Debtors.

### REPORT OF DEPOSIT OF SMALL DIVIDENDS

Pursuant to Federal Rule of Bankruptcy Procedure 3010 and 11 U.S.C. §347, the trustee submits a check payable to "US Bankruptcy Court" representing small dividends to be deposited by the Clerk of Court in to the Treasury of the United States. Said funds are subject to withdrawal as provided by 28 U.S.C. 2042 and shall not escheat under any state law. The small dividends represent the dividend(s) due and payable to:

| Creditor's Name and Address | Amount of Dividend |
|---|---|
| City of Norfolk<br>Department of Utilities<br>P.O. Box 1080<br>Norfolk, VA. 23501 | $0.70 |
| **TOTAL** | **$0.70** |

Dated: December 17, 2009

_____  
Carolyn L. Camardo, Trustee  
VSB #23814  
258 N. Witchduck Road, Suite C  
Virginia Beach, VA 23462  
(757) 490-2200

## CERTIFICATE OF SERVICE

I hereby certify that a true copy of the foregoing Report of Deposit of Small Dividends was sent via email this 17th day of December, 2009 to:

Office of the US Trustee
Room 625, Federal Building
200 Granby Street
Norfolk, VA 23510
[USTPRegion04.NO.ECF@usdoj.com]

*Carolyn L. Camardo*
Carolyn L. Camardo, Trustee