## IN THE UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF VIRGINIA
### Norfolk Division

In re:

Joseph Frank Bonocore, Jr.　　　　　　　　　　　　Case No. 08-74333-SCS
Paula Louise Bonocore　　　　　　　　　　　　　　Chapter 7

　　　　　　　Debtors.

### REPORT OF DEPOSIT OF SMALL DIVIDENDS/UNCLAIMED FUNDS

　　　　Pursuant to Federal Rule of Bankruptcy Procedure 3010 and 11 U.S.C. §347, the trustee submits a check payable to "US Bankruptcy Court" representing small dividends/unclaimed funds to be deposited by the Clerk of Court in to the Treasury of the United States. Said funds are subject to withdrawal as provided by 28 U.S.C. 2042 and shall not escheat under any state law. The small dividends/unclaimed funds represent the dividend(s) due and payable to:

| Creditor's Name and Address | Amount of Dividend |
|---|---|
| Verizon<br>PO Box 3037<br>Bloomington, IL 61702-3037 | $5.19 |
| **TOTAL** | $5.19 |

Dated: February 23, 2011

　　　　　　　　　　　　　　　　　　　　_Carolyn L. Camardo_
　　　　　　　　　　　　　　　　　　　　Carolyn L. Camardo, Trustee
　　　　　　　　　　　　　　　　　　　　VSB #23814
　　　　　　　　　　　　　　　　　　　　258 N. Witchduck Road, Suite C
　　　　　　　　　　　　　　　　　　　　Virginia Beach, VA 23462
　　　　　　　　　　　　　　　　　　　　(757) 490-2200

## CERTIFICATE OF SERVICE

I hereby certify that a true copy of the foregoing Report of Deposit of Small Dividends/Unclaimed Funds was sent via email this 23rd day of February, 2011 to:

Office of the US Trustee
Room 625, Federal Building
200 Granby Street
Norfolk, VA  23510
[USTPRegion04.NO.ECF@usdoj.gov]

*Carolyn L. Camardo*
Carolyn L. Camardo, Trustee